The next case for argument is DeSouza de Queiroz v. Barr. Have we heard from counsel at all? Ms. Singer? May it please the Court, my name is Jennifer Singer, and I represent the United States Attorney General, the defendant appellee in this matter. I've never quite had this experience before, but if the Court has any questions, I'm happy to try to answer them. If not, I will just rest on the briefs. Any questions? No. What's the relief you're seeking here? This is the government. The defendant appellee, yes. Do you want to dismiss this moot? I would like to dismiss this moot, yes. And I will just note for the record that the clerk has informed me that counsel was reached out to, and we had understood that he, Mr. Nowotny, was going to be appearing, but he has not shown up. Okay, so if there's no questions, I rest on the briefs and would ask that the case be dismissed as moot. Thank you. We'll reserve decision but get you a determination shortly. Thank you.